CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NEIL HUNDLEY PETERS, JR, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00595 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BLUE RIDGE REGIONAL JAIL, et. al., ) | By: Hon. James C. Turk |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 21st day of December, 2006.

/s/ James C. Turk
Senior United States District Judge